

# THE ATTORNEY GENERAL

## OF TEXAS

Gerald C. Mann
~~ATTORNEY~~
ATTORNEY GENERAL.

AUSTIN, TEXAS

Honorable J. S. Murchison
Executive Director
State Department of Public Welfare
Austin, Texas

Dear Sir:

Opinion No. 0-3879-A
Re: Conflict of our opinion No.
0-3879 with the provisions of
House Bill 291, 47th Legisla-
ture.

You have requested the opinion of this department
on the question whether our opinion No. 0-3879, relating to
the authority of the State Department of Public Welfare to
supplement the salaries of its employees from funds allo-
cated to it by the Federal Social Security Board, conflicts
with the provisions of House Bill 291, Acts 1941, 47th Legis-
lature.

In said opinion we held that the State Department
of Public Welfare, in maintaining a Merit System in coopera-
tion with the Federal Government, has the authority to in-
crease and supplement the salaries of its employees as fixed
by the general appropriation bill, by the use of funds allo-
cated to said department by the Federal Social Security
Board.

The only portions of said House Bill 291, which we
think might possibly be regarded as being in conflict with
said opinion are as follows:

"Section 1. The salaries of all State offi-
cers and all State employees, except those Con-
stitutional State officers whose salaries are
specifically fixed by the Constitution and except
the salaries of the District Judges and other
compensation of District Judges shall be, for the
period beginning September 1, 1941, and ending
August 31, 1943, in such sums or amounts as may
be provided for by the Legislature in the general
appropriation bills. . . .

"Sec. 2. All laws and parts of laws fixing
the salaries of all State officers and employees,
except those Constitutional State officers whose
salaries are specifically fixed by the Constitu-
tion and except the salaries of the District
Judges and other compensation of District Judges
are hereby specifically repealed in so far as
they are in conflict with this Act. . . ."

But the above quoted provisions of House Bill 291 specifically recognize the validity of general appropriation bills, and indeed, give them precedence over other acts of the Legislature in the matters indicated. And our opinion No. O-3879 was predicated upon the provision of Senate Bill 423, Acts 1941, 47th Legislature, which is a general appropriation bill, making appropriations for the executive and administrative departments of the State government, from Adjutant General's Department to State Board of Water Engineers. We believe the conclusion reached in that opinion is correct.

It is therefore our opinion that said opinion No. O-3879 is not in conflict with the provisions of House Bill 291, Acts of the 47th Legislature.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By /s/ W. R. Allen
W. R. Allen
Assistant

WRA:GO:jrb

APPROVED JUNE 13, 1942
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE
BY BWB, Chairman